People v Lopez (2025 NY Slip Op 00113)

People v Lopez

2025 NY Slip Op 00113

Decided on January 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ROBERT J. MILLER
WILLIAM G. FORD
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2019-10185
 (Ind. No. 170/18)

[*1]The People of the State of New York, respondent,
v
Freddie Lopez, appellant.

Anthony N. Iannarelli, Jr., Suffern, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Robert M. Middlemiss of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (William L. DeProspo, J.), imposed June 28, 2018, upon his plea of guilty, on the ground that the sentence was illegal.
ORDERED that the sentence is affirmed.
The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the period of postrelease supervision imposed should be modified (see People v Lopez, 6 NY3d 248, 255-256). The defendant's challenge to the legality of his sentence survives the waiver of the right to appeal (see id. at 255). However, contrary to the defendant's contention, the County Court properly sentenced him on both counts to which he pleaded guilty (see CPL 380.20; cf. People v Tyrek M., 183 AD3d 915, 915-916).
BARROS, J.P., MILLER, FORD, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court